UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LORI CHAVEZ-DeREMER,
Secretary of Labor,
United States Department of Labor,

        Plaintiff,

v.

FDL CONSTRUCTION COMPANY, LLC,

        Defendant.

Civil No. 24-12469-LTS

---

**SECRETARY OF LABOR'S RESPONSE TO ORDER TO SHOW CAUSE**

The Secretary of Labor, United States Department of Labor (the "Secretary") respectfully submits this response to the Court's Order to Show Cause. (ECF No. 7). As set out below and in the accompanying declaration, the Secretary has actively been seeking to resolve this case with Defendant FDL Construction Company, LLC ("FDL") in an effort to avoid moving for default and default judgment. The Secretary maintains that her efforts in these regards constitute good cause for why this case should not be dismissed.

Since the Secretary filed the Complaint against FDL, the Secretary has been diligently trying to work with FDL to resolve this case. *See* Chowning Decl. ¶¶ 7–8, 10–12, 14–18. FDL has not retained counsel in this matter. *Id.* ¶¶ 4–6. The Secretary understood that the parties had reached an agreement in principle to settle this case on December 20, 2024. *Id.* ¶ 7. The Secretary contacted FDL several times attempting to finalize the agreement. *Id.* ¶¶ 11–12, 14–17. In the meantime, the Secretary updated the Court on January 30, 2025 and April 21, 2025 regarding the Secretary's ongoing attempts to reach final resolution of this case with FDL. *Id.* ¶¶ 9, 13. The Secretary did not move for entry of default because she anticipated that the parties

would be able to finalize and execute a proposed consent judgment to fully resolve this case. *Id.* ¶ 18. On June 12, 2025, FDL signed the proposed consent judgment and returned it to the Secretary. *Id.* ¶ 19. The Secretary will file that proposed consent judgment alongside this response to the Court's Order to Show Cause. *Id.* ¶ 20.

The Secretary respectfully requests that the Court not dismiss this action; rather, the Secretary requests that the Court approve and enter the proposed consent judgment, which resolves this case in its entirety.

Respectfully submitted,

| | |
|---|---|
| Jonathan L. Snare<br>Acting Solicitor of Labor | Post Office Address:<br>U.S. Department of Labor<br>Office of the Solicitor |
| Maia S. Fisher<br>Regional Solicitor | John F. Kennedy Federal Building<br>Room E-375<br>Boston, MA 02203 |
| Mark A. Pedulla<br>Wage and Hour Counsel | TEL: (617) 565-2500<br>FAX: (617) 565-2142 |

/s/ Jade E. Chowning
Jade E. Chowning
Trial Attorney
chowning.jade.e@dol.gov
MA BBO No. 714993

U.S. Department of Labor
*Attorneys for Plaintiff*                                    Date: June 13, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Response and accompanying Declaration were served via email to fdlconstruction20@icloud.com on June 13, 2025, and will be sent by mail to the following representative of Defendant:

FDL Construction Company, LLC
16 Birute St.
Methuen, MA 01844
ATTN: Fabiola de Leon, Resident Agent

/s/ Jade E. Chowning
Jade E. Chowning

Date: June 13, 2025